**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TREMAYNE DURHAM,<br><br>Plaintiff,<br><br>v.<br><br>B. DAVIS, et al.,<br><br>Defendants. | Civil Action No. 19-19126 (MAS) (TJB)<br><br>**ORDER** |

This matter having come before the Court on the Court's *sua sponte* screening of Plaintiff's complaint (ECF No. 1) and on Plaintiff's motion seeking a preliminary injunction (ECF No. 7), the Court having reviewed the complaint pursuant to 28 U.S.C. § 1915A and having considered the motion, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 26th day of May, 2021, **ORDERED** that:

1. Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's motion seeking a preliminary injunction (ECF No. 7) is **DENIED WITHOUT PREJUDICE**.

3. The Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular mail and shall **CLOSE** the file.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE