# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2208

Tremayne Durham v. B. Davis, et al

(U.S. District Court No.: 3-19-cv-19126)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   November 15, 2021
TMM/cc:  Tremayne Durham
Mr. William T. Walsh
Samuel Weiss, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate