**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 11, 2022

**LETTER ORDER**

Re:   **Durham v. Davis, et al.**
      Civil Action No. 19-19126 (MAS)

Dear Mr. Durham:

Last Friday, April 8, 2022, the Court conducted a telephone conference in the matter Durham v. John or Jane Doe 1-7, et al., 20-9601 (ZNQ).  During that conference, the above-captioned case, Durham v. Davis, et al., was discussed.  This is to confirm that according to the Order from the Third Circuit Court of Appeals (Docket Entry No. 20), you agreed to the dismissal of your appeal in Durham v. Davis, et al.  If you believe that is inaccurate, you must contact the Third Circuit Court of Appeals.  After you clarify the status of your appeal with the Third Circuit, this Court can determine what, if any, proceedings would be warranted here.  Currently, the matter of Durham v. Davis remains dismissed without prejudice pursuant to the District Court's Opinion and Order of May 26, 2021 (Docket Entry Nos. 8 & 9).

**IT IS SO ORDERED.**

       s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**